**Howell W. WOLTZ, Plaintiff—Appellant,**

v.

**Thomas SCARANTINO, Camp Administrator; Thomas Clifton, a/k/a Clifton; Laura Trump; Unknown R & D/Mail Clerk(S); United States of America; John Grimes, Counselor; David A. Berkebile, Warden of FCI/FCP Beckley; Beverly Smith, Case Manager; Officer Treadway, Commissary Department of FCI/FCP Beckley; Medical Officer White; Michael Cutright; Debbie Stevens, Supervising Attorney; Kevin Canterberry, Counselor, Defendants—Appellees.**

No. 12–6619.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 22, 2012.

Decided: Aug. 27, 2012.

Howell W. Woltz, Appellant Pro Se.

Before WILKINSON, GREGORY, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Howell W. Woltz appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Woltz v. Scarantino*, No. 5:10–cv–00095, 2011 WL 1229994 (S.D.W.Va. Mar. 31, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*